# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NANCY KING, et al., etc., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 18-0314-WS-B |
| | ) |
| COTTON BAYOU MARINA, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

For the reasons stated therein, the parties' joint motion to approve settlement of attorneys' fees and costs, (Doc. 69), is **granted**. The parties' agreed amounts of $46,215.28 in fees and $3,784.72 in costs is **approved**. The Court does not retain jurisdiction to enforce payment.

DONE and ORDERED this 15th day of November, 2019.

                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE