IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY KING, et al., etc., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 18-0314-WS-B |
| | ) |
| COTTON BAYOU MARINA, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

For the reasons stated in the joint stipulation of dismissal without prejudice, (Doc. 70), and pursuant to Rule 41(a)(1)(A)(ii), the claims of opt-in plaintiffs Joseph Kees and Magen Stringer are **dismissed without prejudice**. As to these plaintiffs only, the parties shall bear their own costs.

DONE and ORDERED this 15th day of November, 2019.

                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE